# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 OCT 18 A 8: 36
CLERK OF COURT

(Full name of plaintiff(s))

Thomas S. Culver

v.

(Full name of defendant(s))

Milwaukee Catholic Archdiocese

Eastern District Federal Bankruptcy Court

Husch Blackwell (formaly Whyte Hirsch Duedek SC)

Case Number:

**21-C-1201**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of  Wisconsin  and resides at
   (State)

   4232 West Highland Blvd Apt 313, Milwaukee, WI 53208   414-426-4843
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant  Milwaukee Catholic Archdiocese
                                              (Name)

is (if a person or private corporation) a citizen of __WI__
(State, if known)

and (if a person) resides at __3501 Shahe Dr. St. Frahes 53235__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

See added pages. I can not edit without a computer because of cognitive problems. See enclosed Froedtert Hospital Report.

__See added pages__

Eastern Distric Federal Bankruptcy Court – Mil.

is (if a person or private corporation) a citizen of     WI    
(State, if known)

and (if a person) resides at    E. Wells    724 Ette ttg st. Mil. WI 53202
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

See added pages. I can not edit without a computer because of cognitive problems. See enclosed Froedtert Hospital Report.

See Added Pages

Complaint - 2
Case 2:21-cv-01201-PP   Filed 10/18/21   Page 3 of 10   Document 1

Husch Blackwell

is (if a person or private corporation) a citizen of ___WI___
(State, if known)

and (if a person) resides at _511 N. Broadway #1100, Mil. WI 53202_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

See added pages. I can not edit without a computer because of cognitive problems. See enclosed Froedtert Hospital Report.

_See attached Pages_

C.  JURISDICTION

    ☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

                OR

    ☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

**Compensatory Damages: $5,000,000**

**Substantial Punitive Damages are justified: $20,000,000**

E.  JURY DEMAND

   I want a jury to hear my case.

   [■] – YES          [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___18th___ day of ___October, 18___ 20_21_.

   Respectfully Submitted,

   _____/s/ Thomas Culver_____
   Signature of Plaintiff

   414-426-4843 (Please keep contact info private)
   _____
   Plaintiff's Telephone Number

   thomasculver@yahoo.com
   _____
   Plaintiff's Email Address

   4232 West Highland Blvd Apt 313
   _____

   Milwaukee, WI 53208
   _____
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[■]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

In the United States District Court for the Eastern District of Wisconsin for the county of Milwaukee in the state of Wisconsin.

- Case No:=

  ) Plaintiff,)    Thomas S. Culver

- ) Complaint v.)

  )))

  Defendants,)   Milwaukee Catholic Archdiocese
                 Bishop William P. Callahan
                 Attorney and Archbishop Jerome E. Listecki
                 Eastern District Federal Bankruptcy Court
                 Federal Judge Susan Kelley
                 Whyte Hirschboeck Duedek SC (now Husch Blackwell)

Plaintiff brings forth the following causes of action and alleges the followings:

1. Plaintiff is an individual and a resident of Milwaukee.
2. Defendants are a legal business, Federal government, and religious entities, formed under the laws of Wisconsin and Located at:

Milwaukee Catholic Archdiocese,
3501 S. Lake Drive St. Francis, WI 53235

Eastern District Federal Bankruptcy, Milwaukee
424 E Wells St, Milwaukee, WI 53202

Husch Blackwell
511 North Broadway Suite1100 Milwaukee, WI 53202

Damages are to be severally and jointly applied.

Plaintiff brings forth the following counts and allegations supporting Plaintiff's cause of action:

**Count 1**, Conspiracy between defendants to deny plaintiff Due Process during the Milwaukee Archdiocese Bankruptcy in 2012–2015.

The evidence will show that Bishop William Callahan has been running a Pedophile cult with parishioners since the 80's that included my father and others. He recruits parishioners so he can rape their children together with the parents so no one can turn the other one into the law, without implicating themselves.

I stated on the bankruptcy form that I had evidence, a tape recording of Bishop William Callahan legally defending my father a pedophile to keep me from going to the authorities. A meeting (Inquisition) in 1998 with Callahan and my parents took place.

In the bankruptcy court Callahan perjured himself and denied the meeting took place and questioned my "Mental Stability". I immediately contacted the Bankruptcy Judge Susan Kelly after receiving a denial <u>without due notice of appeal rights</u> and requested an opportunity to defend myself against the slanderous and defamatory false statements. I wanted to submit my evidence that I spoke of and stated so. The tape recording of the meeting. My request to defend myself was <u>DENIED!</u>

They believed I was bluffing and wanted to avoid a scandal. A "claimant" in a bankruptcy gets a trial to defend themselves against false accusations by the "bankrupted". The US constitution also guarantee the rights to Due Process and the right to defend myself. I was cut off from all communications.

The judges bias against the victims were obvious and stated publicly:

First, she is dedicated to catholic causes such as, education, politics, and activism.

Second, the judge was not going to tolerate unruly victims and enraged catholic non-victim parishioners. At this point everything was the victim's fault. In her mind including the bankruptcy.

Third, one day the judge was laughing and telling jokes with the 50 sleazy pedophile lawyers who represented the Archdiocese in court. All the victims and the prominent victim rights attorneys Jeff Andersen and his partner, just had to take the humiliation and shaming. 50 pedophilia lawyers against 2 highly regarded victims' rights attorneys, a real David and Goliath story. Her actions were appallingly mean, cruel and in poor judgement.

This constitutes due process violations. This is an assault on our constitutional rights and should be punished severely. These actions help keep the pedophiles out of prison and in our family communities to rape children again and again and again.... These guys should be in jail!

**Count 2,** Defamation during the bankruptcy 2012-2015.

The defendants questioned my "mental stability". The pedophiles cause mental illness and then they use the same mental illness to discredit victims, destroy them and drive them towards suicide, which is what happened here.

According to the "ADA" causing an injury to a mentally ill person is illegal. Damages many be doubled in this case. For pedophile attorneys to take hearsay and a non-

substantiated statement from a pedophile and present it to the court as fact, is beyond the pale.

Froedtert Hospital has been ranked #2 in the Milwaukee metro area and #3 in the State of Wisconsin in US News & World Report's "Best Hospitals" for 2017-2018.

| Diagnosis - Froedtert |
|---|
| Severe mental illness caused by severe sexual child abuse, post childhood-abuse by the church and court. |
| |
| Diagnosis - Social security Administration Doctor Reviews |
| Severe mental illness caused by severe child abuse. 60% of people on disability were abused from all categories (domestic, child, etc....) So many lives and souls destroyed. |

I have mental illness, but this does not cause "mental instability". The defendants view of mental illness in ancient, immature, non-medical and wrong!

I used to manage the financial position of securities firms. Only 7% receive the accreditation. I have routinely been a witness for large scale fraud crimes and criminal activities I uncovered during business all over the world. I have been thanked by the FBI *"for your service to your country"*, adding *"so few do it"*. I thought ya, I am the only sucker out there. So, to be trashed by the Milwaukee bankruptcy judge Susan Kelly is a deep stab in the back! If the defendants did their <u>required due diligence</u>, they would have found this out.

**Count 3,** Intentionally injuring a mentally ill person which causes more severe mental illness, symptoms, and a depression suicide problem for nearly 12 years is a violation of the American Disability Act "ADA". Damages can be doubled.

**Count 4,** Submitting confidential medical information to a court without the permission of the patient is a violation of Health Insurance Portability and Accountability Act "HIPAA".

**Count 5,** Obstruction of Justice.

**Damages:**

$5,000,000

Compensatory damages: The plaintiff is paralyzed with fear and suffers from significant and continuing emotional distress, including but not limited to, anxiety, panic attacks, persistent and debilitating concerns about their physical safety, sever chronic daily

migraines, habitual insomnia, embarrassment, humiliation, shame, suicide and rage impulses, and perpetual fear that the plaintiff will be further traumatized with the filing of this lawsuit, all of which suffering continues now and will continue though out the rest of my life.

$20,000,000

Substantial Punitive are justified